IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE ALEXANDER DEY,

    Petitioner,          No. CIV S-03-0883 LKK KJM P

    vs.

M. YARBOROUGH,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 15, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1   For the reasons set forth in the magistrate judge's September 28, 2007 findings
2   and recommendations, petitioner has not made a substantial showing of the denial of a
3   constitutional right. Accordingly, a certificate of appealability should not issue in this action.
4   Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
5   denied.
6   DATED: April 23, 2008.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```