RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 30 2009

FILED_____
DOCKETED _____ DATE _____ INITIAL

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

April 27, 2009

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Eugene Alexander Dey
        v. R. E. Barnes, Warden
        No. 08-8851
        (Your No. 08-16057)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk